NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARRY AHURUONYE,**

*Plaintiff-Appellant*

**v.**

**DEPARTMENT OF THE INTERIOR,**

*Defendant-Appellee*

---

2022-1930

---

Appeal from the United States District Court for the District of Columbia in No. 1:16-cv-01767-RBW, Judge Reggie B. Walton.

---

Before LOURIE, CHEN, and STARK, *Circuit Judges.*

PER CURIAM.

### **O R D E R**

Upon consideration of the parties' responses to the court's July 12, 2022, order agreeing that this appeal from a district court judgment over a claim of discrimination should be transferred to the United States Court of Appeals for the District of Columbia Circuit,

IT IS ORDERED THAT:

2                                                         AHURUONYE v. INTERIOR


Pursuant to 28 U.S.C. § 1631, this matter and all trans-
mittals are transferred to the United States Court of Ap-
peals for the District of Columbia Circuit.

FOR THE COURT

September 15, 2022                  /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court